FILED
CLERK U.S. DISTRICT COURT
AUG 2 2010
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

10-2144M

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>  Robert Mendoza<br><br>  Defendant. | ORDER OF DETENTION AFTER HEARING (Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

  (A)  (✓)  the appearance of defendant as required; and/or

  (B)  (✓)  the safety of any person or the community.

//
//

The court concludes:

A. (✓) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that: _he can abide by court order_

(B) (✓) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that: _recent immig. allegations_

IT IS ORDERED that defendant be detained.

DATED: 8/27/10

/s/ Stephen J. Hillman
STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE

2